# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Rod Burkett, David Mitchell, JoEllen Bleavins,  )
Rick Banas, Jamie Durham, Tammy Cleary,        )
Angela Kyrouac, Bebe Minton, all individually and as )
shareholders of BMA Properties Ltd.,           )
                                                )
          Plaintiffs,                           )
                                                )
    v.                                          )   Case Number:  11-cv-4073
                                                )
Federal Deposit Insurance Corporation,          )
as Receiver for County Bank,                    )
                                                )
          Defendant.                            )

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the case is dismissed with prejudice, each party to bear its own costs and expenses, according to the terms of their Release and Settlement Agreement dated September 30, 2013.

10/22/2013
**Dated:**

                                         s/ Kenneth A. Wells
                                         Kenneth A. Wells
                                         Clerk, U.S. District Court